UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW E. ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiffs,

v.                                                                              Case No: 5:21-mc-25-JSM-PRL

TODD DISNER, TRUDY GILMOND,
LLC, JERRY NAPIER, DARREN
MILLER, RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET FORMULA,
INC., T. LEMONT SILVER, KAREN
SILVER, MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT,
LLC, LORI JEAN WEBER and
ZEEKREWARDS.COM,

    Defendants.

### ORDER

This matter is before the Court on the motion of Nationwide Judgment Recovery, Inc., as assignee of Plaintiff Matthew Orso, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a Zeekrewards.com ("Plaintiff") for issuance of a writ of garnishment as to Wells Fargo Bank, N.A. ("Garnishee.") (Doc. 12). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Jiayun Beres in the amount of $14,481.25. (Doc. 1).

On September 17, 2021, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $14,481.25, plus post-judgment interest. Now, Plaintiff moves for the writ of garnishment and suggests that the Garnishee may have in its possession and control certain monies or property belonging to Defendant Jiayun Beres sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiffs' motion for issuance of writ of garnishment (Doc. 12) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Doc. 12-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on November 3, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties